AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

United States of America
v.
JAULIL WILLIAMS

*Defendant*

Case No. 25-mj-9039

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Jaulil Williams, who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment ❐ Superseding Indictment ❐ Information ❐ Superseding Information ☑ Complaint
❐ Probation Violation Petition ❐ Supervised Release Violation Petition ❐ Violation Notice ❐ Order of the Court

This offense is briefly described as follows:

Escape from Custody of the Bureau of Prisons - 18 U.S.C. Section 751(a)

Date: 01/17/2025

/s/ Cathy L. Waldor /JS
*Issuing officer's signature*

City and state: Newark, New Jersey

Hon. Cathy L. Waldor, USMJ
*Printed name and title*

**Return**

This warrant was received on *(date)* ____________, and the person was arrested on *(date)* ____________ at *(city and state)* ____________.

Date: ____________

____________
*Arresting officer's signature*

____________
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: Jaulil Williams

Known aliases:

Last known residence: Kintock Newark - 50 Fenwick St. Newark, NJ 07114

Prior addresses to which defendant/offender may still have ties: 856 South 17th St. Newark, NJ

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 03/21/1990

Social Security number: 156884013

Height: 6'3 Weight: 205

Sex: M Race:

Hair: Eyes:

Scars, tattoos, other distinguishing marks:
six tattoos: on the right side of his neck
scars on stomach, arm, back, and face

History of violence, weapons, drug use: Yes

Known family, friends, and other associates *(name, relation, address, phone number)*: Tyheria Key - girlfriend
Phone: (862) 336-5453

FBI number: 936858EC7

Complete description of auto:

Investigative agency and address: US Marshals - Daley Bornsztejn -- (573) 257-3445; daley.bornsztejn@usdoj.gov

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

Print Save As... Reset